**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

SAMUEL WRIGHT,

      Plaintiff,

vs.                                CASE NO.: 1:10-CV-91-SPM

US FOODSERVICE HEALTH AND WELFARE
BENEFITS PLAN DISABILITY PLAN,

      Defendant.
_____/

## ORDER OF DISMISSAL

      THIS CAUSE comes before the Court upon the Plaintiff's Notice of

Settlement (doc. 32).  Pursuant to Northern District of Florida Local Rule 16.2(D),

it is hereby ORDERED AND ADJUDGED:

      1.      This case is hereby *dismissed*.

      2.      The Court shall retain jurisdiction for a period of 60 days, during

            which time any party may move to reopen for good cause shown.

      DONE AND ORDERED this <u>twenty-eighth</u> day of December, 2010.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        Chief United States District Judge